# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

ANDY NOWELL,

    Plaintiff,

VS.

WARDEN JOHN CROW III., *et al.*,

    Defendants.

NO. 4:21-CV-00067-CDL-MSH

## ORDER

*Pro se* Plaintiff Andy Nowell, an inmate at the Easterling Correctional Facility in Clio, Alabama, filed a pleading that was docketed as a 42 U.S.C. § 1983 civil rights claim. ECF No. 1. Plaintiff did not pay the filing fee nor did he file a complete motion to proceed *in forma pauperis*. Plaintiff has now filed a motion in which he asks this Court to dismiss this § 1983 claim. ECF No. 6.

Rule 41 of the Federal Rules of Civil Procedure provides that a "…plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion to summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Because no defendant has been served in the case, leave of court is not required to dismiss this action, and Plaintiff is automatically entitled to voluntary dismissal.

Accordingly, Plaintiff's motion to dismiss (ECF No. 6) is **GRANTED**, and this action is **DISMISSED without prejudice.**

**SO ORDERED**, this 1st day of July, 2021.

s/ Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT